IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYRONE LEE CARR, | ) |
|       Plaintiff, | ) |
| vs. | )    No. CIV-20-551-C |
| SUZANNE LISTER, | ) |
|       Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on September 2, 2020, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Mitchell's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely restates the conclusions and legal arguments originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 11), and for the reasons announced therein, this civil rights complaint is dismissed. Plaintiff's Motion for Preliminary Injunction (Dkt. No.

18), Request for Production of Records (Dkt. No. 19), and Motion for Appointment of Counsel (Dkt. No. 16) are denied.   A separate judgment will enter.

IT IS SO ORDERED this 10th day of November, 2020.

ROBIN J. CAUTHRON
United States District Judge